No. 423. GULF, COLORADO & SANTA FE RAILWAY COMPANY *v.* TEXAS & PACIFIC RAILWAY COMPANY. Appeal from the District Court of the United States for the Southern District of Texas. Argued December 4, 1924.

Decided December 8, 1924. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Fifth Circuit, upon authority of Act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler* v. *United States,* 260 U. S. 438, 439; *Dayton-Goose Creek Ry. Co.* v. *United States,* 263 U. S. 456, 478; *Railroad Commission* v. *Southern Pacific Co.,* 264 U. S. 331, 344. *Mr. J. W. Terry* and *Mr. T. J. Norton,* with whom *Mr. Homer W. Davis* was on the briefs, for appellant. *Mr. T. D. Gresham,* with whom *Mr. T. J. Freeman* was on the brief, for appellee.